JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MCKENNA GENE MEEHAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE DRIVER; DOES I-XX; and ROE CORPORATIONS I-XX, inclusive,<br><br>Defendants. | CASE NO.:   2:23-cv-00774-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO STATE FARM'S MOTION FOR PROTECTIVE ORDER (ECF NO. 17)** |

Plaintiff, MCKENNA GENE MEEHAN ("Plaintiff"), by and through her attorneys of record, CLEAR COUNSEL LAW GROUP, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, HARPER | SELIM, (collectively, "the Parties") submit the following Stipulation and proposed Order to Extend Time for Defendant to File Its Reply to Plaintiff's Opposition to State Farm's Motion for Protective Order filed on November 3, 2023 (ECF No. 17).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Pursuant to LR IA 6-1, the Parties stipulate to extend the time for Defendant to file its Reply to Plaintiff's Opposition to State Farm's Motion for Protective Order (ECF No. 17) from the current deadline of November 13, 2023 to November 16, 2023. There have been no stipulations or other extensions of time requested in regard to the Opposition (ECR No. 17), and the instant request for additional time is sought in a timely manner as the deadline for Defendant to reply to Plaintiff's Opposition has not yet passed.

DATED this 13th day of November 2023.

**CLEAR COUNSEL LAW GROUP**

*/s/ Scott A. Flinders*

JARED RICHARDS
Nevada Bar No. 11254
SCOTT A. FLINDERS
Nevada Bar No. 6975
1671 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89102
*Attorneys for Plaintiff*

DATED this 13th day of November 2023.

**HARPER | SELIM**

*/s/ Sabrina G. Wibicki*

JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.
DATED: 11/14/2023

_____
UNITED STATES MAGISTRATE JUDGE