JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MCKENNA GENE MEEHAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE DRIVER; DOES I-XX; and ROE CORPORATIONS I-XX, inclusive,<br><br>Defendants. | CASE NO.:   2:23-cv-00774-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR DECLARATORY RELIEF** |

Plaintiff, MCKENNA GENE MEEHAN ("Plaintiff"), by and through her attorneys of record, CLEAR COUNSEL LAW GROUP, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, HARPER | SELIM, (collectively, "the Parties") submit the following Stipulation and proposed Order to Extend Time for Defendant to File a Response to Plaintiff's Motion for Partial Summary Judgment, Or, In The Alternative, For Declaratory Relief (ECF No. 22).

/ / /

1

Pursuant to LR IA 6-1 and LR 26-3, the Parties stipulate to extend the time for Defendant to Respond to Plaintiff's Motion for Partial Summary Judgment, Or, In The Alternative, For Declaratory Relief (ECF No. 22) from the current deadline of December 26, 2023, through and including January 12, 2024. Additionally, the Plaintiff will have an extension through and including February 1, 2024 to file her Reply.

DATED this 14th day of December 2023.

**CLEAR COUNSEL LAW GROUP**

*/s/ Scott A. Flinders*

JARED R. RICHARDS
Nevada Bar No. 11254
SCOTT A. FLINDERS
Nevada Bar No. 6975
1671 W. Horizon Ridge Pkwy., Suite 200
Henderson, Nevada 89012
*Attorney for Plaintiff*

DATED this 14th day of December 2023.

**HARPER | SELIM**

*/s/ James E. Harper*

JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED December 18, 2023.

_____
UNITED STATES DISTRICT JUDGE